IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01854-REB-MEH

SUSAN MYERS,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2008.**

    The Stipulated Motion for Entry of Protective Order [filed November 18, 2008; docket #6] is **granted**. The Protective Order is hereby filed contemporaneously with this minute order.